COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 


 
 
  
 CHRISTOPHER B. CARR,
  
                             Appellant,
  
 v.
  
 LISA CARR,
  
                             Appellee.
  
  
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
    
  ' 
  
 
 
  
  
                 No. 08-02-00413-CV
  
 Appeal from the
  
 255th District Court
  
 of Dallas County, Texas 
  
 (TC# 94-15268-S) 
  
 
 
 
 
  
  
 
 
  
  
 
 
  
  
 
 


O P I N I O N

 

Pending before the Court is the
appellant=s motion to dismiss this appeal
pursuant to Tex. R. App. P.
42.1(a)(2), which states:

(a)
The appellate court may dispose of an appeal as follows:

 

.    .    .

 

(2)       in
accordance with a motion of appellant to dismiss the appeal or affirm the
appealed judgment or order; but no party may be prevented from seeking any
relief to which it would otherwise be entitled.

 








Appellant has complied with the
requirements of Rule 42.1(a)(2).  The
Court has considered this cause on the appellant=s motion and concludes the motion
should be granted and the appeal should be dismissed.  We therefore dismiss the appeal.

 

SUSAN
LARSEN, Justice

October 31, 2002

 

Before Panel No. 1

Larsen, McClure, and Chew,
JJ.

 

(Do Not Publish)